NUMBER 13-03-772-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
ROY GRAHAM D/B/A MUSTANG RIDING STABLES,             Appellant,

v.

UNIFIRST HOLDINGS, L.P.,                                                 Appellee.
____________________________________________________________________

On appeal from the 214th District Court of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Opinion Per Curiam

         Appellant, ROY GRAHAM D/B/A MUSTANG RIDING STABLES, perfected an
appeal from a judgment entered by the 214th District Court of Nueces County, Texas,
in cause number 02-389-F. After the record was filed, the parties filed an agreed
motion to dismiss the appeal. In the motion, the parties that this case has been
resolved. The parties request that this Court dismiss the appeal.
         The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted. The agreed
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 20th day of May, 2004.